# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

FILED JAN 18 2017 Clerk, U.S. District Court District Of Montana Billings

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THE STATE OF MONTANA

vs.

**DOUGLAS DONALD PAIGE**  No. CR 16-64-BLG-SPW

DOB: 07-10-1979

SSN: XXX-XX-4624

PETITION TO OPEN JUVENILE/SEALED RECORDS

Whereas the above-name defendant entered a plea of GUILTY to *Felon in Possession of a Firearm* and District Court Judge Susan P. Watters having ordered a Pre-Sentence Investigation into the Defendant's background, the Petitioner requests all juvenile or sealed records pertaining to the Defendant, including Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records and Department of Institutions records, be made available.

_____ U.S. Probation/Parole Officer

Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

The Court having considered the aforementioned petition; does hereby order the release of pertinent juvenile records held by any Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records, Department of Institutions records or agency of the Adult/Juvenile Probation and Parole Officer.

_____ U.S. District Judge

Dated this 18th day of January 2017.