IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-64-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DOUGLAS DONALD PAIGE, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the change of plea hearing set for Wednesday, March 22, 2017 at 9:30 a.m. is **VACATED** and **RESET** for **Friday, March 24, 2017 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between March 17, 2017 and March 24, 2017 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

DATED this 22nd day of March, 2017.

SUSAN P. WATTERS
United States District Judge