IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JUL 2 4 2017

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS DONALD PAIGE,<br><br>Defendant. | CR 16-64-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion for Evaluation Be Filed Under Seal Pursuant to D.Mont. L.R. CR 49.1(a)(2)(E) (Doc. 85), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Psychological Assessment be filed under seal for viewing only by the Court, Assistant United States Attorney and defense counsel.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 24th day of July, 2017.

SUSAN P. WATTERS
United States District Judge