IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS DONALD PAIGE,<br><br>Defendant. | CR  16-64-BLG-SPW-1<br><br>**ORDER VACATING CHANGE OF PLEA HEARING** |

Defendant has filed a motion to vacate the preliminary hearing and detention hearing currently set for August 18, 2020.  (Doc. 127.)  Accordingly, IT IS HEREBY ORDERED that the preliminary hearing and detention hearing currently set for August 18, 2020 at 10:30 a.m. is VACATED.

DATED this 17th day of August, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge