IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS DONALD PAIGE,<br><br>Defendant. | CR 16-64-BLG-SPW<br><br>ORDER |

On February 2, 2022 the Court held a hearing to address the question of whether Defendant Douglas Donald Paige's mental condition has improved to the point that he is competent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Upon the record made in open court,

**IT IS HEREBY ORDERED**:

The Court has determined that Defendant Douglas Donald Paige is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

**IT IS FURTHER ORDERED** that a final revocation hearing is set for **Wednesday, February 16, 2022 at 3:30 p.m.** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 2nd day of February, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge